38

reliance by Mr. Senjuro. We have also recognized that relief may be available via Fed.R.Civ.P. 60(b). *Wallace v. McManus,* 776 F.2d 915, 916–17 (10th Cir.1985). A party may seek to set aside the original judgment when notice of its entry was received outside the time in which to file a motion for extension of time under Fed. R.App.P. 4(a)(5). *Id.* at 917. In this case, however, Mr. Senjuro received notice of entry of judgment prior to the expiration of the thirty-day grace period in which to file for an extension of time to file a notice of appeal. Thus, we must conclude that Mr. Senjuro's failure to note a timely appeal or to obtain an extension deprives this court of jurisdiction to consider his appeal. Accordingly, we GRANT appellee's motion to dismiss, and deny all other pending motions.

APPEAL DISMISSED.

Dwight A. McKabney, Miami, Fla., Allan I. Mendelsohn, Washington, D.C., for amicus Wm. & Vivian De La Mater, et al.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before KRAVITCH, Circuit Judge, and CLARK, Senior Circuit Judge.*

PER CURIAM:

Pursuant to the judgment of the Supreme Court of the United States, dated November 17, 1986, 479 U.S. 957, 107 S.Ct. 450, 93 L.Ed.2d 398, vacating the judgment of this court, 768 F.2d 1240 (1985), and remanding this case, we REMAND the case to the district court for further consideration in light of *O'Connor v. United States,* 479 U.S. 27, 107 S.Ct. 347, 93 L.Ed.2d 206 (1986).

**Ralph D. HARRIS and Joan F. Harris, Plaintiffs–Appellees,**

v.

**UNITED STATES of America, Defendant–Appellant.**

**No. 84–8424.**

United States Court of Appeals, Eleventh Circuit.

Sept. 10, 1991.

Lawrence Sherlock, Tax Div., Gary Allen, Chief, Appellate Section, Dept. of Justice, Glenn L. Archer, Jr., Asst. Atty. Gen., David English Carmack, Washington, D.C., for defendant-appellant.

David J. Kiyonaga, Jacksonville, Fla., Andrew C. Barnard, Miami, Fla., Darrell F. Brown, Little Rock, Ark., for plaintiffs-appellees.

**David LUCAS, Willie Davis, Jr., Connie Cater, Corlis McKenzie, and Ronnie T. Miley, Plaintiffs–Appellants,**

v.

**Judy TOWNSEND, in her official capacity as President of the Board of Education, Bibb County Board of Education, Emory Greene, in his official capacity as Chairman of the Bibb County Board of Commissioners, Bibb County Board of Commissioners, A.B. "Tony" Caldwell, in his official capaci-**

---

* Judge Eugene A. Wright, Senior Circuit Judge for the Ninth Circuit, originally participated in

the decision in this case. This order is decided by a quorum, pursuant to 28 U.S.C. § 46(d).